Frederick T. Smith (*pro hac vice* forthcoming)
Megan H. Poonolly (*pro hac vice* forthcoming)
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
fsmith@seyfarth.com
mpoonolly@seyfarth.com

Robert T. Szyba
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant*
*First Advantage Background Services Corp.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN-ANN MUIR, for herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; WELLS FARGO BANK, N.A.; BANK OF AMERICA, NATIONAL ASSOCIATION; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-00521-SRC-CLW<br><br>MOTION DATE: May 16, 2016<br><br>[ORAL ARGUMENT REQUESTED]<br><br>**DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S NOTICE OF MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Its Motion to Dismiss Counts IV and V of Plaintiffs' Complaint; Certification of Robert T.

Szyba, with Exhibits A through C annexed thereto; and the Proposed Order Granting

Defendant's Motion to Dismiss Counts IV and V of Plaintiffs' Complaint, and upon all prior pleadings and proceedings herein, Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Federal Rule Civil Procedure 12(b)(6),will move this Court, at a time to be determined by the Court, before the Honorable Stanley R. Chesler, U.S.D.J, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing Counts IV and V of Plaintiff's Complaint, with prejudice.

Date: April 18, 2016

SEYFARTH SHAW LLP

By:  */s/ Robert T. Szyba*
Robert T. Szyba
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
rszyba@seyfarth.com

Frederick T. Smith (*pro hac vice* forthcoming)
Megan H. Poonolly (*pro hac vice* forthcoming)
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
fsmith@seyfarth.com
mpoonolly@seyfarth.com

*Attorneys for Defendant*
*First Advantage Background Services Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I caused the electronic submission of the foregoing NOTICE OF MOTION; DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT; CERTIFICATION OF ROBERT T. SZYBA, WITH EXHIBITS A THROUGH C; PROPOSED ORDER; AND COMPENDIUM OF UNREPORTED DECISIONS, to the Clerk's Office using the CM/ECF System, which sent notification of such filing to all counsel of record.

*/s/ Robert T. Szyba*
Robert T. Szyba