THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE-ANN MUIR, for herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; WELLS FARGO BANK, N.A.; BANK OF AMERICA, NATIONAL ASSOCIATION; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and JOHN DOES 1-10,<br><br>　　　　Defendants. | DOCUMENT FILED ELECTRONICALLY<br><br>CIVIL ACTION NO.:<br>2:16-cv-00521-SRC-CLW<br><br><br>NOTICE OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS COUNT XI OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. Civ. P. 12(b)(6) |

**PLEASE TAKE NOTICE** that **on May 16, 2016 at 9:00 a.m.**, or as further ordered by the Court, the undersigned attorneys for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), shall move before the above named Court located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing Count XI of Plaintiff's Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Wells Fargo will rely on the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Wells Fargo respectfully requests oral argument if this Motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Wells Fargo's Motion is enclosed herewith.

　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　By:　　/s/ Meghan O. Offer
　　　　　　　　　　　　　　　　　　　Meghan O. Offer
　　　　　　　　　　　　　　　　　　　Princeton Forrestal Village
　　　　　　　　　　　　　　　　　　　136 Main Street, Suite 250
　　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　　Tel. (609) 987-0050  Fax. (609) 951-0824

>P. Gavin Eastgate (*pro hac vice* admission to be filed)
>Reed Smith Centre
>225 Fifth Avenue, Suite 1200
>Pittsburgh, Pennsylvania 15222
>Tel. (412) 288-5710
>
>Albert E. Hartmann (*pro hac vice* admission pending)
>Reed Smith LLP
>10 South Wacker Drive, 40th Floor
>Chicago, IL 60606-7507
>Tel.: (312) 207-2821   Fax. (312) 207-6400
>
>Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: April 18, 2016