# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE-ANN MUIR, for herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; WELLS FARGO BANK, N.A.; BANK OF AMERICA, NATIONAL ASSOCIATION; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and JOHN DOES 1-10,<br><br>    Defendants | No. 2:16-cv-00521-SRC-CLW |

**To:**

| | |
|---|---|
| Ari H. Marcus | Gabriel Y. Posner |
| MARCUS ZELMAN LLC | POSNER LAW PLLC |
| 1500 Allaire Avenue | 270 Madison Avenue |
| Suite 101 | Suite 1203 |
| Ocean, NJ 07712 | New York, NY 10016 |

Attorneys for Plaintiff, Steve-Ann Muir

**PLEASE TAKE NOTICE** that, defendant Early Warning Services ("EWS"), by and through its attorneys, Kilpatrick Townsend & Stockton LLP, shall move before the Honorable Stanley R. Chesler, U.S.D.J., United States District Court for the District of New Jersey, United States Post Office and Courthouse Building, P.O. No. 2, Newark, New Jersey, on May 16, 2016 at 9 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Rule

1

12(b)(6) of the Federal Rules of Civil Procedure dismissing the antitrust claims against EWS (Count X) filed by Plaintiff Steve-Ann Muir with prejudice.

**PLEASE TAKE FURTHER NOTICE** that EWS shall rely on the Memorandum of Law submitted in support of this Motion, the Certification of Frederick L. Whitmer, and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service of these moving papers is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Oral argument is requested on the within motion.

Dated:  April 18, 2016

/s/ Frederick L. Whitmer
Frederick L. Whitmer
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 775-8700
fwhitmer@kilpatricktownsend.com

Cindy D. Hanson
Ross D. Andre
*Pro hac vice* pending
1100 Peachtree St. NE, Suite 2800
Atlanta, Georgia 30309
Tel: (404) 815-6500
chanson@kilpatricktownsend.com

US2008 11307170 1

randre@kilpatricktownsend.com

Peter M. Boyle
*Pro hac vice* pending
Christina Fahmy
*Pro hac vice* pending
607 14th Street, NW Suite 900
Washington, DC 20005
Tel: (202) 508-5800
pboyle@kilpatricktownsend.com
cfahmy@kilpatricktownsend.com

*Attorneys for Defendant*
*Early Warning Services, LLC*