ANDREW J. FRACKMAN (Bar I.D. #035421988)
(212) 326-2017
afrackman@omm.com
ALLEN W. BURTON (Bar I.D. #020742001)
(212) 326-2282
aburton@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Facsimile:   (212) 326-2061

Attorneys for Defendant Bank of America, National
Association

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE-ANN MUIR, for herself and all others similarly situated, | CIVIL ACTION NO. 2:16-cv-00521-SRC-CLW |
| Plaintiff, | |
| v. | |
| EARLY WARNING SERVICES, LLC; WELLS FARGO BANK, N.A.; BANK OF AMERICA, NATIONAL ASSOCIATION; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and JOHN DOES 1-10, | DEFENDANT BANK OF AMERICA, N. A.'S NOTICE OF MOTION TO DISMISS COUNT X OF THE COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) |
| Defendants. | ORAL ARGUMENT REQUESTED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2016, Defendant Bank of
America, National Association ("Bank of America"), by and through their
undersigned counsel, will move before the Honorable Stanley R. Chesler, United

States District Judge, for entry of an order under Federal Rules of Civil Procedure 12(b)(6) dismissing Count X of Plaintiff Steve-Ann Muir's Complaint for failure to state a claim on which relief may be granted.  Bank of America requests oral argument.

Bank of America's Motion is based on this Notice, Brief in Support of Bank of America's Motion to Dismiss Count X of the Complaint, matters of which judicial notice may be taken, and such other evidence and argument that the Court may receive.  A proposed form of Order is also submitted herewith.

Dated:   April 18, 2016
           New York, NY

Respectfully submitted,

By:  /s/  Allen W. Burton
      Andrew J. Frackman (Bar I.D. #035421988)
      Telephone:  (212) 326-2017
      afrackman@omm.com
      Allen W. Burton (Bar I.D. #020742001)
      (212) 326-2282
      aburton@omm.com
      7 Times Square
      New York, New York 10036
      Telephone:  (212) 326-2017
      Facsimile:   (212) 326-2061

      *Attorneys for Defendant Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on this 18th day of April, 2016.

O'MELVENY & MYERS LLP

By: /s/ *Allen W. Burton*
     Allen W. Burton