# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE-ANN MUIR, for herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and JOHN DOES 1-10,<br><br>    Defendants | No. 2:16-cv-00521-SRC-CLW |

## DEFENDANT EARLY WARNING SERVICES, LLC'S
## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

For the reasons set forth in the accompanying brief, Defendant Early Warning Services, LLC ("EWS") respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Count II of Plaintiff's Second Amended Complaint (Dkt. No. 93) with prejudice.

Respectfully submitted, this 16th day of November, 2016.

/s/ Cindy D. Hanson
Cindy D. Hanson
Ross D. Andre
Admitted *pro hac vice*

**TROUTMAN SANDERS LLP**
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308
Tel:  (404) 885-3000
Fax:  (404) 885-3900
cindy.hanson@troutmansanders.com
ross.andre@troutmansanders.com

*Counsel for Defendant Early Warning Services, LLC*

29744005

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November, 2016, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s Cindy D. Hanson
Cindy D. Hanson

29744005