UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE-ANN MUIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br><br>EARLY WARNING SERVICES, LLC<br><br>Defendant. | Case No.: 2:16-cv-521-SRC-CLW |

**NOTICE OF MOTION SEEKING ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES, AND INDIVIDUAL SETTLEMENT AND CLASS CONTRIBUTION AWARD**

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff, Steve-Ann Muir ("Plaintiff"), individually, and as representative of the class preliminarily approved, will move this Honorable Court, on June 13, 2018, at 10:00 a.m. for an Order awarding plaintiff's attorneys fees and reimbursement of expenses in an amount of $111,500.00 along with an Order awarding $7,500 to named Plaintiff Steve-Ann Muir, consisting of an individual settlement amount of $1,000 and a class contribution award for the named plaintiff in the amount of $6,500.00. Plaintiff's Motion is unopposed. The proposed Order was previously filed with the Joint Motion for Preliminary Approval, and will be re-filed shortly with Plaintiff's Motion for Final Approval.

In support of this motion, Plaintiff has attached a memorandum of law along with exhibits and a declaration from Ari H. Marcus, Esq. and Gabriel Posner, Esq.

Respectfully submitted this 8th day of May, 2018.

*s/ Ari H. Marcus*
MARCUS & ZELMAN LLC
701 Cookman Ave., Suite 300
Asbury Park, NJ 07712
Phone: (732) 695-3282
Fax:    (732) 298-6256
Ari@MarcusZelman.com

*s/ Gabriel Posner*
By:  Gabriel Posner, Esq.
POSNER LAW PLLC
270 Madison Avenue, Suite 1203
New York, New York 10016
Phone: (646) 546-5022
gabe@PosnerLawPLLC.com

*Attorneys for Plaintiff*